**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javier CEBALLOS–TORRES,**
**Defendant–Appellant.**

No. 99–20856.

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2000.

Jeffery Alan Babcock (argued), Paula Camille Offenhauser, Asst. U.S. Atty., Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Fed. Pub. Def., Thomas S. Berg, Asst. Fed. Pub. Def. (argued), Brent Evan Newton, Houston, TX, for Defendant–Appellant.

*ON PETITION FOR REHEARING AND REHEARING EN BANC*

Before REYNALDO G. GARZA, JOLLY and HIGGINBOTHAM, Circuit Judges.

E. GRADY JOLLY, Circuit Judge:

The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service not having voted in favor, (FED. R. APP. P. and 5TH CIR. R. 35) the Petition for Rehearing En Banc is DENIED.

The Petition for Rehearing is GRANTED as follows: (1) Footnote eight is deleted; and (2) in the final paragraph of Section II.B., the fourth sentence is changed to read: "It was possessed illegally."

In all other respects, the Petition for Rehearing with respect to this published opinion is DENIED.